AUSA: Nicholas McIntyre Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jesus Jimenez Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Diontai Stephen-Anthony Manier

Case: 2:26−mj−30711
Assigned To : Unassigned
Assign. Date : 11/13/2026
Description: CMP USA v Manier (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of on or about November 10, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jesus Jimenez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 13, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jesus I. Jimenez, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the ATF and have been since May 2020. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have an associate's degree in criminal justice. Part of my duties are to investigate federal crimes involving firearm trafficking, street gangs, and narcotics offenses.

2. Prior to becoming a Special Agent with the ATF, I was a police officer with the Detroit Police Department (DPD) for approximately seven years. During my employment with DPD, I was assigned to multiple specialized units where I participated in numerous arrests and investigations.

3. As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, including illegal possession of machineguns.

4. I make this affidavit from personal knowledge based on participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of

the events and circumstances described herein, and information gained through my training and experience.

5. This affidavit consists of information both from my personal knowledge and from other law enforcement officers. I have not included each and every fact known to me concerning this investigation, but only the facts necessary to establish probable cause.

6. ATF is currently conducting a criminal investigation concerning Diontai Stephen-Anthony MANIER (DOB: 02/28/1992) for violations of 18 U.S.C. § 922 (1) Felon in Possession of a Firearm.

## PROBABLE CAUSE

A. MANIER is prohibited from possessing firearms

7. I reviewed computerized criminal history and court records, for MANIER which revealed the following felony arrests and convictions:

a. On or about March 11, 2015, MANIER was arrested and charged with felony Uttering and Publishing in Oakland County's Sixth Circuit Court. He later pleaded guilty and on or about September 21, 2015, he was sentenced to 250 days' incarceration in the Oakland County Jail.

b. On or about May 28, 2017, MANIER was arrested and charged with felony Fleeing and Eluding – 3rd Degree in Wayne County's Third

Circuit Court. He was convicted at trial on December 13, 2017. He was later sentenced to two years of probation.

c. On or about February 19, 2021, MANIER was arrested and charged with Felon in Possession of a Firearm, Felon in Possession of Ammunition, Carrying a Concealed Weapon, and two counts of Felony Firearm in Wayne County's Third Circuit Court. However, the case was later dismissed at exam when a necessary witness failed to appear.

Based on my training and experience, defendants are warned of the maximum penalty prior to conviction for a felony. Based on the recency of MANIER's two prior convictions and the fact he was previously charged with the offense felon in possession of a firearm, I believe that on November 10, 2026, MANIER knew he has previously been convicted of a crime punishable by more than one year of incarceration.

B. <u>MANIER's possession of firearms</u>

8. On October 18, 2026, Detroit Police Department received a report of armed people in front of an apartment complex in Detroit. Law enforcement began remotely monitoring the Green Light security footage at the complex and saw several individuals, including at least one armed with a firearm.

9. DPD officers responded to the scene and saw a person they later identified ("Suspect 1") standing next to a Lincoln Corsair. As the officers approached, Suspect 1 took an item out of his waistband, appeared to toss it in the back seat of the Lincoln, and then walked away from the car.

10. As officers approached the Lincoln, the driver, later identified as MANIER, quickly shut the driver's door. An officer walked up to the Lincoln and saw a black pistol with a drum magazine on the back seat. Officers attempted to detain Suspect 1, but he pushed the officers and fled on foot. Officers chased after him and eventually detained him.

11. An officer attempted to retrieve the pistol from the Lincoln, but MANIER rolled up the windows and locked the doors. Officers ordered MANIER to unlock the vehicle, and he refused. Officers told MANIER that they would break the window if he didn't open it, and MANIER replied, "break the window then." Before the officer was able to break the window, MANIER sped off, away from the officer. MANIER's path was blocked by a police car and a parked Jeep Compass. MANIER crashed into both vehicles, pushing the Jeep out of his way. MANIER then fled in the Lincoln at a high rate of speed. MANIER successfully escaped from police.

12. A DPD sergeant familiar with MANIER reviewed body worn camera footage from the incident and identified MANIER as the driver of the Lincoln.

13. DPD officers reviewed the green light footage, and saw that in addition to Suspect 1, another man, Suspect 2 had placed a gun in MANIER's Lincoln shortly before police arrived. Suspect 1 and Suspect 2 are both felons and prohibited from possessing firearms. The firearms that MANIER removed from the scene are key evidence of their illegal possession of those firearms.

14. On or about October 21, 2026, MANIER was charged with fleeing and eluding, resisting and obstructing, and tampering with evidence in Wayne County's Third Circuit Court.

15. On November 10, 2026, Detroit Police Department executed a state search warrant at MANIER's registered address in Detroit. During the search, police officers found a total of eight firearms inside MANIER's house. In MANIER's








bedroom, police found three firearms; a Pioneer Arms Corp, Hellpup, 7.62 caliber pistol, a Glock model 26, 9mm pistol, and an FN, Five-Seven, 5.7x28 caliber, pistol. (see images below).

16. Also in the bedroom were personal items that established that it was MANIER's bedroom. These items include several pieces of mail addressed to MANIER, including a 36th District Court appearance notice, utility billing, and other mail issued to Diontai MANIER.

17. In MANIER's garage, police found several dogs chained up. There was no food or water. All of the dogs appeared to be malnourished and suffering from starvation. One of the dogs was dead and appears, based on its physical condition, to have starved to death.

18. On November 12, 2026, SA Joshua McLean, an ATF interstate nexus expert, was provided with a description of the firearms recovered from the state search warrant. SA McLean advised that, based on his training and experience, the descriptions provided, without physically examining the firearms, the firearms

were manufactured outside the State of Michigan, and thus had traveled in and affected interstate or foreign commerce.

## CONCLUSION

19. Probable cause exists that Diontai Stephen-Anthony MANIER, knowingly possessed and owned a Pioneer Arms Corp, Hellpup, 7.62 caliber, pistol, bearing serial number PAC26PL43710F, a Glock 26, 9mm, caliber, pistol, bearing serial number BTEX565, and a FN, Five-Seven, 5.7x28 caliber, pistol, bearing serial number 386316656. This violation occurred on or about November 10, 2026, in the City of Detroit, in the Eastern District of Michigan, Southern Division.

Respectfully submitted,

____________________________________

Jesus I. Jimenez
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

____________________________________

Hon. Anthony P. Patti
United States Magistrate Judge

Dated: November 13, 2026